# NO. 12-08-00041-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | *APPEAL FROM THE* |
| *IN THE INTEREST OF T.W.T.,*<br>*A MINOR CHILD* | § | *COUNTY COURT AT LAW OF* |
| | § | *CHEROKEE COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellants perfected her appeal on January 22, 2008. Thereafter, the reporter's record was filed on March 26, 2008, making Appellant's brief due on or before April 25, 2008. When Appellant failed to file her brief within the required time, this court notified her on April 30, 2008 that the brief was past due and warned that if no motion for extension of time to file the brief was received by May 12, 2008, the appeal would be dismissed for want of prosecution under Texas Rule of Appellate Procedure 42.3(b). The notice further informed Appellant that the motion for extension of time must contain a reasonable explanation for her failure to file the brief and a showing that Appellee had not suffered material injury thereby.

To date, Appellant has neither complied with or otherwise responded to this court's April 30, 2008 notice. Accordingly, we *dismiss* the appeal *for want of prosecution*. *See* TEX. R. APP. P. 38.8(a)(1), 42.3.(b).

Opinion delivered May 14, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)